**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **DELTA COMMUNICATIONS, LLC,** | ) | |
| **d/b/a/ CLEARWAVE** | ) | |
| **COMMUNICATIONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **CIVIL NO. 05-4115-JLF** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **AT&T CORP.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>JUDGMENT</u>**

In accordance with the Order entered this day, this action is **DISMISSED WITH PREJUDICE.**  Judgment is entered in favor of defendant.  Each party to bear its own costs and attorneys' fees.

**NORBERT G. JAWORSKI, CLERK OF COURT**

<u>**January 25, 2006.**</u>                          **By:   s/Deborah Agans,** *Deputy Clerk*

**Approved:** <u>*s/James L. Foreman*</u>                 **EOD***: 1/25/06*